# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jose Luis Cabrera, deceased, Claudia Jeaneth Jimenez Cabrera, North Dakota Personal Representative on the Estate of Jose Luis Cabrera, surviving spouse and Guardian of their minors, | ) ) ) ) ) | **ORDER** |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| The State of North Dakota Workforce Safety and Insurance Fund, | ) ) ) ) | Case No. 1:18-cv-242 |
| Defendant. | ) | |

The court held a scheduling conference with the parties in the above-entitled action by telephone on December 13, 2018. As the court explained during the course of its discussion with the parties, there must be determination as a preliminary matter whether it has jurisdiction over this dispute. Accordingly, defendant shall have until February 1, 2019, to file a motion to dismiss for lack of jurisdiction. Plaintiff shall have until March 1, 2019, to file a response. Upon receipt of plaintiff's response, defendant shall have seven days in which to file a reply.

**IT IS SO ORDERED.**

Dated this 13th day of December, 2018.

                                                         */s/ Charles S. Miller, Jr.*
                                                         Charles S. Miller, Jr., Magistrate Judge
                                                         United States District Court