# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Claudia Jeaneth Jimenez Cabrera, surviving spouse of Jose Luis Cabrera and Guardian of the minors Kevin Cabrera Jimenez and Kaler Cabrera Jimenez, <br><br> Plaintiff, <br><br> vs. <br><br> The State of North Dakota Workforce Safety and Insurance Fund, <br><br> Defendant. | **ORDER GRANTING MOTION FOR SUBSTITUTION OF PLAINTIFF** <br><br><br> Case No. 1:18-cv-242 |

Before the court is a Motion for Substitution of Plaintiff filed on January 29, 2019. The Defendant has filed no response or otherwise objected to the motion. See D.N.D. Civ. L.R 7.1(F). Accordingly, the court **GRANTS** the motion (Doc. No. 18) and has amended the case caption accordingly.

**IT IS SO ORDERED.**

Dated this 19th day of February, 2019.

                                                */s/ Clare R. Hochalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court